IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-000325-MR

| | | |
|---|---|---|
| GAIA HERBS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| | ) | |
| FIVE V'S PTY., LTD. and | ) | |
| DREAMZ PTY., LTD., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Plaintiff's Consent Motion to Modify the Pretrial Order and Case Management Plan [Doc. 26].

The Plaintiff seeks a 90-day extension of the remaining pretrial deadlines, with the exception of the trial date. The Defendants do not oppose the Plaintiff's request. [Doc. 26].

The requested extension would not allow the Court sufficient time to address any dispositive motions prior to the trial date. Accordingly, the Plaintiff's request for a 90-day extension of all pretrial deadlines is denied. The Court will allow, however, a 30-day extension of these deadlines.

**IT IS, THEREFORE, ORDERED** that the Consent Motion to Modify the Pretrial Order and Case Management Plan [Doc. 26] is **GRANTED IN**

**PART**, and the following deadlines set forth in the Pretrial Order and Case Management Plan are hereby **AMENDED** as follows:

|  |  |
|---|---|
| Plaintiff Expert Report: | March 2, 2015 |
| Defendant Expert Report: | April 1, 2015 |
| Discovery: | May 1, 2015 |
| Mediation: | May 15, 2015 |
| Motions: | June 1, 2015 |

**IT IS SO ORDERED.**

Signed: November 20, 2014

Martin Reidinger
United States District Judge